UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
IFTIKHAR,

Plaintiff,

v.

AHMED,

Defendant.
--------------------------------------------------------X

**ORDER**

No. 26-CV-06009 (PMH)

PHILIP M. HALPERN, United States District Judge:

Petitioner filed a letter on July 22, 2026 advising, *inter alia*, that it appears the principal return relief sought in the Petition may have been satisfied by the return of the Child to Pakistan. (Doc. 18). In light of the representations in the Petitioner's letter, this proceeding is hereby dismissed without prejudice and the conference scheduled for 3:30 p.m. today July 23, 2026 is hereby cancelled.

Accordingly, it is hereby ORDERED that the Clerk of Court shall close this case, without prejudice to either party moving by letter motion to reopen the case within thirty days of the date of this order.

SO ORDERED.

Dated: White Plains, New York
July 23, 2026

Philip M. Halpern
United States District Judge